IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FAVELLE FAVCO CRANES USA, INC. § | |
| § | |
| VS. § | |
| § | |
| DANIEL E. DAVIS, DAVISCO, INC. § | CIVIL ACTION NO. B-00-184 |
| and COBURN INTERNATIONAL LTD. § | |
| § | |
| VS. § | |
| § | |
| FAVELLE FAVCO CRANES, USA, § | |
| INC., FAVELLE FAVCO CRANES (M) § | |
| SDN BHD and FAVELLE FAVCO § | |
| HOLDINGS SDN BHD § | |

**FAVELLE FAVCO CRANES USA, INC.'S
CONSENT TO REMOVAL**

FAVELLE FAVCO CRANES USA, INC., Plaintiff/Counter-Defendant in the above-entitled and numbered action, hereby gives its consent to the removal filed by Third Party Defendant Favelle Favco Holdings Sdn Bhd.

Respectfully submitted,

_____
Gary Gurwitz
State Bar # 08631000/S.D.O.T. # 1194
ATLAS & HALL, L.L.P.
818 Pecan/P.O. Box 3725
McAllen, Texas 78501/78502
Telephone: 956/682-5501
Fax: 956/686-6109

**ATTORNEY IN CHARGE FOR FAVELLE
FAVCO CRANES USA, INC.**

## OF COUNSEL:

Charles C. Murray
State Bar # 14719700/S.D.O.T. #1214
ATLAS & HALL, L.L.P.
818 Pecan/P.O. Box 3725
McAllen, Texas 78501/78502
Telephone: 956/682-5501
Fax: 956/686-6109

Willem G. Schuuman
State Bar # 17855200
Brian K. Buss
State Bar # 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: 512/495-8400
Fax: 512/495-8612

## CERTIFICATE OF SERVICE

I, Gary Gurwitz, do hereby certify on this **4th** day of December, 2000 the above and foregoing document has been served on all counsel of record by fax, certified mail, return receipt requested, or hand delivery, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

_____
Gary Gurwitz