5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FAVELLE FAVCO CRANES USA, INC. § | |
| § | |
| VS. § | |
| § | |
| DANIEL E. DAVIS, DAVISCO, INC. § | |
| and COBURN INTERNATIONAL LTD. § | CIVIL ACTION NO. B-00-184 |
| § | |
| VS. § | |
| § | |
| FAVELLE FAVCO CRANES, USA, § | |
| INC., FAVELLE FAVCO CRANES (M) § | |
| SDN BHD and FAVELLE FAVCO § | |
| HOLDINGS SDN BHD § | |

**PLAINTIFF FAVELLE FAVCO CRANES USA, INC. AND
THIRD PARTY DEFENDANT FAVELLE FAVCO HOLDINGS SDN BHD'S
CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES**

Plaintiff FAVELLE FAVCO CRANES USA, INC. and Third-Party Defendant FAVELLE FAVCO HOLDINGS SDN BHD, are aware of the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

1. Favelle Favco Cranes USA, Inc.;

2. Daniel E. Davis;

3. Davisco, Inc.;

4. Coburn International, Ltd.;

5. Favelle Favco Holdings Sdn Bhd;

6. Favelle Favco Cranes (M) Sdn Bhd.

Dated this ____ day of January, 2001.

                      Respectfully submitted,

                      _____
                      Gary Gurwitz
                      State Bar # 08631000/S.D.O.T. # 1194
                      ATLAS & HALL, L.L.P.
                      818 Pecan/P.O. Box 3725
                      McAllen, Texas 78501/78502
                      Telephone: 956/682-5501
                      Fax: 956/686-6109

                      **ATTORNEY IN CHARGE FOR FAVELLE FAVCO HOLDINGS, SDN BHD**

**OF COUNSEL:**

Charles C. Murray
State Bar # 14719700/S.D.O.T. #1214
ATLAS & HALL, L.L.P.
818 Pecan/P.O. Box 3725
McAllen, Texas 78501/78502
Telephone: 956/682-5501
Fax: 956/686-6109

Willem G. Schuuman
State Bar # 17855200
Brian K. Buss
State Bar # 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: 512/495-8400
Fax: 512/495-8612

FFC                   PLAINTIFF FFC USA AND THIRD PARTY DEFENDANT FF HOLDINGS' CERTIFICATE OF
vs.                                                     DISCLOSURE OF INTERESTED PARTIES
DAVIS                                                                              PAGE 2

## CERTIFICATE OF SERVICE

I, Gary Gurwitz, do hereby certify on this ___ day of January, 2001 the above and foregoing document has been served on all counsel of record by fax, certified mail, return receipt requested, or hand delivery, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

_____
Gary Gurwitz

FFC
vs.
DAVIS

PLAINTIFF FFC USA AND THIRD PARTY DEFENDANT FF HOLDINGS' CERTIFICATE OF
DISCLOSURE OF INTERESTED PARTIES
PAGE 3