

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL E. DAVIS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC. and FAVELLE FAVCO CRANES (M) SDH BHD, | § | |
| Defendants. | § | |
| AND | § | |
| FAVELLE FAVCO CRANES USA, INC. | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-184 |
| DANIEL E. DAVIS, DAVISCO INC., and COBURN INTERNATIONAL | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on January 18, 2001, the Court made the following rulings:

1. The Court **ORDERS** the above styled causes of action consolidated for all purposes under Civil Action No. B-00-003 pursuant to Fed. R. Civ. P. 42(a). The Parties are hereby notified that the Court anticipates the trial to go forward, with docket call scheduled for February 1, 2001 and jury selection on February 5, 2001. The Parties are hereby **ORDERED** to

1

appear telephonically at 1:15 p.m. on Tuesday, January 23, 2001 in order to resolve any issues before docket call.

2. The Court **DENIED** the Favelle Favco Cranes, USA's Motion for Partial Summary Judgment and Brief in Support Therof [Dkt. No. 28] because a material issue of fact remains over whether there was an agreement between between Favelle Favco Cranes (M) SDH BHD, Favelle Favco Cranes, USA, or some other Favelle Favco entity and Daniel E. Davis acknowledging that Mr. Davis was the owner of the patented invention that resulted in a unique design for crawler cranes. Another order with a full explanation of the Court's reasoning will follow.

3. The Court **DENIED** the Opposed Second Motion for Withdrawal by Plaintiff's counsel [Dkt. No. 40].

4. The Court **DENIED** Daniel E. Davis' Opposed Plea in Abatement and Motion for Stay Pending Resolution of First Filed Claims [Dkt. No. 41] as all claims have been consolidated in this Court.

DONE at Brownsville, Texas, this 18 day of January 2001.

_____
Hilda G. Tagle
United States District Judge